Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 East Yakima Ave, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 2 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES SKAHAN-LOWE,<br><br>Defendant. | **1:22-CR-2079-SAB-1**<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 1153, 113(a)(3)<br>Assault With a Dangerous Weapon<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(i), (ii)<br>Brandishing of a Firearm During a Crime of Violence<br>(Count 2)<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about February 26, 2022, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation, in Indian Country, the Defendant, JAMES SKAHAN-LOWE, an Indian, did knowingly assault I.C.V., with a dangerous weapon, that is, a firearm, with intent to do bodily harm; in violation of 18 U.S.C. §§ 1153 and 113(a)(3).

INDICTMENT – 1

## COUNT 2

On or about February 26, 2022, in the Eastern District of Washington, the Defendant, JAMES SKAHAN-LOWE, during an in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 1153 and 113(a)(3), as alleged in Count 1 of this Indictment, did knowingly use, carry, brandish, and possess in furtherance of the Assault with a Dangerous Weapon, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii), as set forth in Count 2 of this Indictment, the Defendant, JAMES SKAHAN-LOWE, shall forfeit to the United States of America any firearms involved or used in the commission of the offense.

DATED: this 12th day of July, 2022.

A TRUE BILL

███████████████████
Foreperson

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_[signature]_
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 2